# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNATHAN STALLING

NO. 2020 KW 0521

**JUNE 23, 2020**

---

In Re:   Johnathan Stalling, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0299-F-2020.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court denied relator's "writ of habeas corpus/bail reduction/habeas corpus ad testificandum" on May 21, 2020.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*

DEPUTY CLERK OF COURT
FOR THE COURT